UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA'
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DENNIS BOWLES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Cause No. 2:13-cv-100-JMS-WGH |
| | ) | |
| RICHARD BROWN, *Superintendent*, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**Entry Discussing Petition for Writ of Habeas Corpus**

This cause is before the court on the petition for a writ of habeas corpus of Dennis Bowles.

"Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." *McFarland v. Scott,* 512 U.S. 849, 856 (1994). This authority is conferred by Rule 4 of the *Rules Governing Section 2254 Cases in United States District Courts,* which provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified." *See Small v. Endicott,* 998 F.2d 411, 414 (7th Cir. 1993). This is an appropriate case for such a disposition.

A federal court may issue a writ of habeas corpus pursuant to 28 U.S.C. ' 2254(a) only if it finds the applicant "is in custody in violation of the Constitution or laws or treaties of the United States." *Id.* Bowles is confined at an Indiana prison and seeks review of and relief from a disciplinary proceeding in which he was sanctioned with a written reprimand and 15 days of

commissary restrictions. These sanctions were non-custodial. *Mamone v. United States,* 559 F.3d 1209 (11th Cir. 2009); *Virsnieks v. Smith,* 521 F.3d 707, 713 (7th Cir. 2008). A sanction which does not constitute Ꭺcustody₎ cannot be challenged in an action for habeas corpus relief. *See Cochran v. Buss,* 381 F.3d 637, 639 (7th Cir. 2004); *Montgomery v. Anderson,* 262 F.3d 641, 644-45 (7th Cir. 2001).

Because Bowles' habeas petition shows on its face that he is not entitled to the relief he seeks, the action is **summarily dismissed** pursuant to *Rule 4*. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 05/08/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Dennis Bowles
No. 920522
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838